1

2

3

4

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2019

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. CR16-393 SJo
                                     )
12                   Plaintiff,       )   ORDER OF DETENTION AFTER HEARING
                                     )      (Fed.R.Crim.P. 32.1(a)(6)
13           v.                       )         18 U.S.C. § 3143(a)
                                     )      · Allegations of Violations of
14  Jonathan Duran                    )      Probation/Supervised Release
                                     )            Conditions)
15                   Defendant.       )
    _____ )

16

17          On arrest warrant issued by the United States District Court for

    the _Central District of Cal_  involving alleged violations of
18
    conditions of probation/supervised release:
19
            1.   The court finds that no condition or combination of
20
                 conditions will reasonably assure:
21
                 A.   ( ✓) the appearance of defendant as required; and/or
22
                 B.   ( ) the safety of any person or the community.
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

2.  The Court concludes:

A.  ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_See PSA rept_

B.  ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA rept_

IT IS ORDERED that defendant be detained.

DATED: _12-13-19_

_____
Frederick F. Mumm
United States Magistrate Judge